**Petition for Writ of Mandamus Dismissed as Moot and Memorandum Opinion filed March 19, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00140-CV

## IN RE MEDICAL CARBON RESEARCH INSTITUTE, L.L.C. AND JACK C. BOKROS, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**23rd District Court**
**Brazoria, County, Texas**
**Trial Court No. 33349**

---

## MEMORANDUM OPINION

On February 21, 2013, relators filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Ben Hardin, presiding judge of the 23rd District Court of Brazoria County to vacate his order dated February 7, 2013, entered in trial court cause number 33349, styled *Michael*

*M. Phillips v. Jack C. Bokros, PhD and Medical Carbon  Research Institute, L.L.C.*
Relators claim the trial court abused its discretion in granting plaintiff's motion to compel production of documents.  Relators also filed an emergency motion to stay.

On February 21, 2013, we granted a stay of the trial court's order and requested a response.  On March 7, 2013, the trial court signed an order that vacated and withdrew its order of February 7, 2013,

Accordingly, the petition for writ of mandamus is ordered dismissed as moot and our stay is lifted.

PER CURIAM


Panel consists of Justices Christopher, Jamison, and McCally.